(COB Form otrst4turn7)(12/03)Order Relating Ch7 Tr Stip. Turnover

# UNITED STATES BANKRUPTCY COURT
## District of Colorado

Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address:

    Gary W Smith

aka(s), if any will be listed on the following page.

    Case No.:    18–10195–JGR
    Chapter:    7

### ORDER APPROVING TRUSTEE'S STIPULATION FOR TURNOVER

THIS MATTER is before the Court on the Chapter 7 Trustee's Stipulation for Turnover. Good cause appearing, it is

ORDERED that the Chapter 7 Trustee's Stipulation for Turnover of Writ of garnishment filed 2/9/18 , is hereby APPROVED.

Dated: 2/12/18

FOR THE COURT:
s/ Joseph G. Rosania Jr.
United States Bankruptcy Judge

## Aliases Page

**Debtor aka(s):**
fdba S & S Farm Service